# UNITED STATES DISTRICT COURT
## FOR THE District of Maryland

Chris Rickman

                Plaintiff,

v.                                        Case No.: 1:08−cv−00122−AMD

                                                              Judge Andre M Davis

Peroutka & Peroutka, P.A.

                Defendant.

## SCHEDULING ORDER

Pursuant to Fed. R. Civ. P.16, the court having conferred with counsel, **IT IS HEREBY ORDERED:**

COMPLETION OF DISCOVERY:   All discovery proceedings shall be completed no later than 07/31/2008 and shall not continue beyond this date. All interrogatories, requests for admissions, and other written discovery must be served no later than thirty days before the close of discovery. All depositions must be completed before the close of discovery.

MOTIONS:   Dispositive motions shall be filed no later than   08/29/2008. It is the responsibility of the movant's counsel to contact chambers to schedule a hearing with respect to any dispositive motion.

                                                              s/ Judge Andre M Davis
                                                             United States District Judge

April 1, 2008