UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHRIS RICKMAN

      Plaintiff,                      **JURY TRIAL**

V.                                          CIVIL ACTION NO
                                           1:08CV122(AMD)

PEROUTKA & PEROUTKA, P.A.

Defendant.                             MAY 14, 2008

## STIPULATION FOR DISMISSAL

The plaintiff Chris Rickman through his attorney Bernard T. Kennedy and defendant Peroutka & Peroutka, P.A. through their attorney Ronald S. Canter, stipulate that the claims in the above entitled action shall be dismissed with prejudice, and without costs and fees, subject to approval of the Court.

                                                 THE PLAINTIFF

                                            BY/S/Bernard T. Kennedy
                                              Bernard T. Kennedy, Esquire
                                              207 Miles River Court
                                              Odenton, MD 21113
                                              Ph   (410) 305-4000
                                              Fax (410) 305-4005
                                              Fed. Bar # Md26843
                                              bernardtkennedy@yahoo.com

THE DEFENDANT

BY/S/Ronald S Canter
Ronald S Canter, Esq.
The Law Offices of Ronald S. Canter, LLC
11300 Rockville Pike
Suite 1200
Rockville, MD 20852-3040
3017707490
Fax: 12403863816
Email: rcanter@roncanterllc.com

## *CERTIFICATION*

I hereby certify that on 5/14/08 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy